**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTOPHER M. SULYMA, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, FINANCE COMMITTEE OF THE INTEL CORPORATION BOARD OF DIRECTORS, INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, CHARLENE BARSHEFSKY, FRANK D. YEARY, JAMES D. PLUMMER, REED E. HUNDT, SUSAN L. DECKER, JOHN J. DONAHOE, DAVID S. POTTRUCK, RAVI JACOB,<br><br>Defendants,<br><br>and<br><br>INTEL 401(K) SAVINGS PLAN and INTEL RETIREMENT CONTRIBUTION PLAN,<br><br>Nominal Defendants. | Case No. 15-cv-04977 NC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE** |

923142.1

Before the Court is Plaintiffs' joint, unopposed motion to consolidate *Lo v. Intel Corp., et al.*, No. 16-cv-00522, filed in this District as a related case on January 31, 2016, with this action. After consideration of the motion, the response and the pertinent portions of the record, the Court hereby orders that the Motion is GRANTED as follows:

1. Rule 42(a) empowers the court to consolidate "actions involving a common question of law or fact." Fed. R. Civ. P. 42(a). The two actions are brought on behalf of the Intel 401(k) Savings Plan ("401(k) Plan") and the Intel Retirement Contribution Plan ("Retirement Plan") (together, the "Plans") and similarly situated participants in the Plans. The actions allege essentially the same claims for relief under the Employee Retirement Income Security Act (ERISA) against almost all the same defendants. The actions are based on the same core set of facts. The actions allege the same classes. Because common issues of law and fact dominate these two cases, the Court hereby concludes that consolidation will increase the efficiency and manageability of these cases, and consolidates the two above-captioned actions for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

**IT IS SO ORDERED.**

Dated:   February 18, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

1

923142.1